J. P. PECHT (SBN 233708)
jp.pecht@roll.com
MICHAEL M. VASSEGHI (SBN 210737)
michael.vasseghi@roll.com
CHRISTA M. DEMEKE (SBN 226225)
christa.demeke@roll.com
KRISTINA M. DIAZ (SBN 151566)
kristina.diaz@roll.com
ROLL LAW GROUP PC
11444 West Olympic Boulevard
Los Angeles, California 90064-1557
Telephone:   (310) 966-8400
Facsimile:   (310) 966-8810

Attorneys for Plaintiffs
POM WONDERFUL LLC and
THE WONDERFUL COMPANY LLC

Brian Horne (SBN 205621)
Brian.Horne@knobbe.com
Jonathan Hyman (SBN 212264)
KNOBBE MARTENS OLSON
& BEAR LLP
1925 Century Park E #600
Los Angeles, CA 90067
Telephone:  310-551-3450

Attorneys for Defendant
BAI BRANDS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company, THE WONDERFUL COMPANY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BAI BRANDS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:17-cv-00691-JFW (SSx)<br><br>**STIPULATED NOTICE OF SETTLEMENT**<br><br>[Assigned to the Honorable John F. Walter] |

{2735487.1}

STIPULATED NOTICE OF SETTLEMENT

1  IT IS HEREBY STIPULATED between Plaintiffs POM WONDERFUL LLC
2  and THE WONDERFUL COMPANY LLC ("Plaintiffs') and Defendant
3  BAI BRANDS LLC ("Defendant"), through their undersigned counsel of record,
4  that pursuant to Local Rule 40-2, the parties have reached a settlement in principle.
5  The parties have begun drafting the settlement agreement, but require additional
6  time to finalize the language of some of the terms and thereafter execute the final
7  draft of the settlement agreement.  Furthermore, both counsel and principals of each
8  party will be travelling during the summer months, making it more difficult to draft
9  and complete the settlement agreement in a short time frame.

10  Accordingly, the parties respectfully request that the dates set forth in the
11  current Scheduling Order including Defendant's time to respond to the Complaint,
12  be continued for a period of 90 days, without prejudice to either party, in the
13  unlikely event the parties are unable to reach a final agreement.

15  DATED:  June 29, 2017          ROLL LAW GROUP PC

                                    By:  /s/ Michael Vasseghi
                                         Michael M. Vasseghi
                                         Attorneys for Plaintiffs
                                         POM WONDERFUL LLC and
                                         THE WONDERFUL COMPANY LLC

21  DATED:  June 29, 2017          KNOBBE MARTENS OLSON & BEAR LLP

                                    By:  /s/ Jonathan Hyman
                                         Brian Horne
                                         Jonathan Hyman
                                         Attorneys for Defendant
                                         BAI BRANDS LLC

{2735487.1}                          2
                        STIPULATED NOTICE OF SETTLEMENT