```
 1  J. P. PECHT (SBN 233708)
    jp.pecht@roll.com
 2  MICHAEL M. VASSEGHI (SBN 210737)
    michael.vasseghi@roll.com
 3  CHRISTA M. DEMEKE (SBN 226225)
    christa.demeke@roll.com
 4  KRISTINA M. DIAZ (SBN 151566)
    kristina.diaz@roll.com
 5  ROLL LAW GROUP PC
    11444 West Olympic Boulevard
 6  Los Angeles, California 90064-1557
    Telephone:  (310) 966-8400
 7  Facsimile:  (310) 966-8810

 8  Attorneys for Plaintiffs and
    Counterdefendants
 9  POM WONDERFUL LLC and
    THE WONDERFUL COMPANY LLC
10
```

# UNITED STATES DISTRIC``T COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company, THE WONDERFUL COMPANY LLC, a Delaware limited liability company,<br><br>       Plaintiffs,<br><br>  vs.<br><br>BAI BRANDS LLC, a New Jersey limited liability company,<br><br>       Defendant.<br><br>BAI BRANDS LLC, a New Jersey limited liability company,<br><br>       Counterclaimant,<br><br>  vs.<br><br>POM WONDERFUL LLC, a Delaware limited liability company, THE WONDERFUL COMPANY LLC, a Delaware limited liability company,<br><br>       Counterdefendants. | Case No. 2:17-cv-00691-JFW (SSx)<br><br>**STIPULATED NOTICE OF DISMISSAL**<br><br>[Assigned to the Honorable John F. Walter] |

{2765639.1}                                                           2:15-cv-03869-CAS-MRW

STIPULATED NOTICE OF DISMISSAL

1  Plaintiffs and Counterdefendants POM WONDERFUL LLC and THE
2  WONDERFUL COMPANY LLC and Defendant and Counterclaimant BAI
3  BRANDS LLC, by and through their respective counsel, hereby stipulate that all
4  claims are hereby dismissed with prejudice, with each party bearing its own fees and
5  costs.

7  DATED: October 6, 2017        ROLL LAW GROUP PC

10                              By:    /s/ Michael M. Vasseghi
                                    Michael M. Vasseghi
                                    Attorneys for Plaintiffs and
                                    Counterdefendants
                                    POM WONDERFUL LLC and
                                    THE WONDERFUL COMPANY LLC

15  DATED: October 6, 2017       KNOBBE MARTENS

18                              By:    /s/ Brian Horne
                                    Brian Horne
                                    Brian.Horne@knobbe.com
                                    Attorneys for Defendant and
                                    Counterclaimant BAI BRANDS LLC