# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company, THE WONDERFUL COMPANY LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BAI BRANDS LLC, a New Jersey limited liability company,<br><br>Defendant. | Case No. 2:17-cv-00691-JFW (SSx)<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF CASE**<br><br>[Assigned to the Honorable John F. Walter] |
| BAI BRANDS LLC, a New Jersey limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>POM WONDERFUL LLC, a Delaware limited liability company, THE WONDERFUL COMPANY LLC, a Delaware limited liability company,<br><br>Counterdefendants. | |

**1**     Based on Plaintiffs and Counterdefendants POM WONDERFUL LLC and
**2** THE WONDERFUL COMPANY LLC and Defendant and Counterclaimant BAI
**3** BRANDS LLC (collectively "the Parties") Stipulation for Dismissal,
**4**     **IT IS HEREBY ORDERED,** that pursuant to the Parties' stipulation, all
**5** claims are dismissed with prejudice, with each party bearing its own fees and costs.

DATED: October 10, 2017

_____
John F. Walter
United States District Court Judge